

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00369-CV

**IN THE INTEREST OF L.L.B.**, J.A.B., J.A.B., A.J.B., and B.B.L., Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01007
Honorable Linda A. Rodriguez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellants in relation to this appeal because they qualify as indigent under Texas Rule of Appellate Procedure 20.

SIGNED February 16, 2022.

_____
Beth Watkins, Justice